# EXHIBIT "1"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA
--------------------------------------------------------------------X

RICHARD R. CAPOZZA and ANN M. CAPOZZA,

Plaintiffs,

-vs-

TRAVELERS CASUALTY AND SURETY COMPANY,

Defendant.

--------------------------------------------------------------------X

Index No. 001160/2020

**NOTICE OF NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE,** that upon removal of this action by Defendant, The Automobile Insurance Company of Hartford, Connecticut ("Travelers"), from the Supreme Court of the State of New York, County of Onondaga to the United States District Court for the Northern District of New York, a Notice of Removal, a copy of which is annexed hereto as **Exhibit A,** was duly filed in the Office of the Clerk of the United States District Court for the Northern District of New York on April 6, 2020.

Dated: Hartford, Connecticut
April 6, 2020

**KEANE & ASSOCIATES**

By: _________/s/Meg R. Reid______________
Meg R. Reid
Attorneys for Defendant
*The Automobile Insurance Company of Hartford, Connecticut*
Main: 917.778.6680
Fax: 844.571-3789
Email: mrreid@travelers.com

Please address all correspondence sent by mail to:
P.O. Box 2996
Hartford, CT 06104-2996

Physical Address:
485 Lexington Avenue, 6th Floor
New York NY 10017

CERTIFICATION OF SERVICE

I hereby certified that on April 6, 2020 a copy of the foregoing **Notice of Notice of Removal** was served in accordance with the Rules of Civil Procedure upon the following parties and participants via regular mail and email:

Martin A. Lynn, Esq.
Lynn Law Firm, LLP
750 M&T Bank Building
101 South Salina Street
Syracuse, NY 13202

          /s/Meg R. Reid
          Meg R. Reid