# LYNN LAW FIRM, LLP
ATTORNEYS AND COUNSELORS AT LAW

M & T BANK BUILDING - SUITE 750
101 SOUTH SALINA STREET
SYRACUSE, NEW YORK 13202

PAUL R. SHANAHAN (1907-1988)

WILLIAM F. LYNN
PATRICIA A. LYNN-FORD
THOMAS F. SHANNON
WALTER F. BENSON
MARTIN A. LYNN
KELSEY W. SHANNON

TELEPHONE (315) 474-1267
FAX (315) 474-4514
WWW.LYNNLAW.COM

64 EAST GENESEE STREET
SKANEATELES, NY 13152
TELEPHONE (315) 685-1207

July 21, 2020

Honorable Therese Wiley Dancks
U.S. District Court
Northern District of New York
James M. Hanley Federal Building
and U.S. Courthouse
100 South Clinton Street
Syracuse, NY 13261

RE: Capozza v. The Automobile Insurance Company of Hartford, Connecticut
5:20-CV-0406 TJM/TWD

Dear Judge Dancks:

We represent the plaintiffs in the above referenced insurance claim. The parties have agreed to participate in the appraisal process pursuant to the insurance policy and New York State Insurance Law. The appraisers should be in the process of identifying an Umpire. The only issue in this case is the value of the insurance loss, and the appraisal process will result in a determination of plaintiffs' damages.

Plaintiffs intend to file a stipulation of discontinuance after the appraisal award, and request that the scheduling order be adjusted in anticipation of this matter being resolved pursuant to the appraisal process within ninety (90) days. If anything arises, we will advise the Court. Thank you for your consideration.

Respectfully yours,

Martin A. Lynn

MAL/hb